IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | 3:04-CR-00430-BR |
| Plaintiff/Petitioner, | ORDER DISMISSING GARNISHMENT (DOCKET 56) |
| v. | |
| JONATHAN JAMES YORK, | |
| Defendant/Respondent, | |
| and | |
| MYRMO & SONS, INC., | |
| Garnishee. | |

Upon motion of the United States requesting dismissal of the Writ of Garnishment at Docket 56, it is hereby

ORDERED that the Writ of Garnishment at Docket 56 is dismissed.

DATED this 10th day of January 2013.

ANNA J. BROWN
U. S. DISTRICT COURT JUDGE

PRESENTED BY:

S. AMANDA MARSHALL, OSB 95347

_____/s/_____
ROBERT D. NESLER, OSB 85379
Assistant U.S. Attorney